**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 368 WAL 2020
: 
Respondent :
: 
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
: 
: 
: 
JOSEPH GEORGE GAZZAM, :
: 
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.